(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>DISTRICT OF NEW JERSEY | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Williams, Cameron E. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):   8681 | Last four digits of Soc. Sec.No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>718 Chestnut Lane<br>Westville, New Jersey 08093 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Same as above | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)        ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other _____        ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business        ☐ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estim...)
☐ Debtor estimates that funds will be availabl...
☑ Debtor estimates that, after any exempt pro[perty] be no funds available for distribution to uns[ecured]

**Estimated Number of Creditors**    1-15   16-
                                      ☐      ☑

**Estimated Assets**
$0 to      $50,001 to    $100,001 to   $500,001
$50,000    $100,000      $500,000      $1 millio[n]
  ☑          ☐              ☐             ☐

**Estimated Debts**
$0 to      $50,001 to    $100,001 to   $500,001
$50,000    $100,000      $500,000      $1 milli[on]
  ☐          ☐              ☑             ☐

---

UNITED STATES BANKRUPTCY COURT
District of New Jersey                                RECEIPT

Case # 04-46575        Chapter 7        # 000280629 - EG
Filed: 11/18/04        Camden           11:48 AM, November 18, 2004

| Code | Qty | Amount |
|---|---|---|
| NF   | 1 | $39.00 |
| 07IN | 1 | $13.25 |

Debtor(s):
Cameron E. Williams

TOTAL PAID: $52.25
From:  Cameron E. Williams
718 Chestnut Lane
Westville, NJ 08093

1

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Williams, Cameron E. | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Cameron Williams_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Troy J. Bailey
Printed Name of Bankruptcy Petition Preparer
048-62-441
Social Security Number (Required by 11 U.S.C.§ 110(c).)
501 Sherman Parkway
Address  New Haven, Connecticut 06511

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _[signature]_
Signature of Bankruptcy Petition Preparer
11-5-04
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

In RE: Williams, Cameron E.                    Case No.

NJ Division of Taxation
One Port Center
2 Riverside Drive
Camden, NJ 08103


Brookhaven Internal Revenue
COIC Unit P.O. Box 9007
Holtsville, NY 11742-9007


CBUSA Sears
133200 Smith Road
Cleveland, OH 44130


Equity Bank
Sagemore Corporate Center
Route 73 Marlton Parkway
Marlton, NJ 08053


Granite State Insurance Co.
P.O. Box 15434
Wilmington, DE 19850


Household Credit Services
P.O. Box 98706
Las Vegas, NV 89193-8706


New Century Financial Services
2 Ridgedale Avenue, Suite 104
Cedar Knolls, NJ 07927


American Zurich Insurance
701 Route 73 South
Marlton, NJ 08053


ANB/BP Amoco
P.O. Box 15687
Wilmington, DE 19850-5687

```
Capital One
P.O. Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520



State Waste Removal, Inc.
Monroeville, NJ 08343



Toyota Motor Leasing
5005 N. River Blvd. NE
Cedar Rapids, IA 52411-6634



Waste Management
448 Lincoln Highway
Fairless Hills, PA 19030



Comcast Cable Vision
P.O. Box 3006
Southeastern, PA 19398-3006



PSE&G Co.
P.O. Box 14104
New Brunswick, NJ 08906-4104



James Cronen
6 Peltier
Metchuen, NJ 08840
```

## DECLARATION

I, Cameron E. Williams, named as debtor in this case, declare under penalty of perjury that I have read the foregoing mailing matrix, consisting of 2 sheets (including this declaration), and that it is true and correct to the best of my information and belief.

_____    Date: _____
CAMERON E. WILLIAMS

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                              CHAPTER 7  04-46575·

CAMERON WILLIAMS                         CASE NO.    JW

## AFFIDAVIT

The undersigned, being duly sworn hereby deposes and says:

1. I am over the age of eighteen years and understanding and believe in the obligations of an oath.

2. I am the debtor in the above-captioned matter and have personal knowledge of the facts contained herein.

3. In compliance with standard practices of filing a bankruptcy petition, this is to advise that I do not have the capacity to comply with the requirement of providing the Court with the mailing matrix on diskette at this time.

_____         11/16/04
CAMERON WILLIAMS, Affiant                Date